## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-62624  -MB |
| Case Name: | GOMEZ, CRECENCIANO |
| Taxpayer ID No: | *******2401 |
| For Period Ending: | 07/09/07 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0877  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/06 | 1 | First American Title Insurance Company<br>311 South County Farm Road, Suite F<br>Wheaton, IL 60187 | Gross sale of real estate | | 29,135.69 | | 29,135.69 |
| | | | Memo Amount:        87,000.00 | 1110-000 | | | |
| | | | Gross sale of real estate | | | | |
| | | WASHINGTON MUTUAL BANK | Memo Amount:     ( 42,258.68 ) | 4110-000 | | | |
| | | | Pay-off of first mortgage | | | | |
| | | REMAX AFFILIATES | Memo Amount:     ( 4,785.00 ) | 3510-000 | | | |
| | | | Realtor's commission | | | | |
| | | | Memo Amount:     ( 938.62 ) | 4700-000 | | | |
| | | | Pre-Petition real estate taxes | | | | |
| | | | Memo Amount:     ( 966.60 ) | 2820-000 | | | |
| | | | Post-Petition real estate taxes | | | | |
| | | ARS SURVEYING SERVICE, LLC | Memo Amount:     ( 285.00 ) | 2500-000 | | | |
| | | | Survey fees | | | | |
| | | | Memo Amount:     ( 1,118.50 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | VILLAGE OF CARPENTERSVILLE | Memo Amount:     ( 11.91 ) | 4120-000 | | | |
| | | | Water bill | | | | |
| | | CRECENCIANO GOMEZ | Memo Amount:     ( 7,500.00 ) | 8100-002 | | | |
| | | | Homestead exemption | | | | |
| 07/06/06 | 001000 | M & I Bank<br>c/o Freedman, Anselmo,<br>Lindberg & Rappe, LLC<br>1807 W. Diehl Road, Suite 333<br>Naperville, IL 60563-1890 | Junior Mortgage Payoff Balance | 4110-000 | | 18,846.78 | 10,288.91 |
| 07/31/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 16.86 | | 10,305.77 |
| 08/31/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.75 | | 10,314.52 |
| 09/29/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.48 | | 10,323.00 |

Page Subtotals        29,169.78        18,846.78

Ver: 12.10a

LFORM24

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-62624  -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | GOMEZ, CRECENCIANO | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0877  MONEY MARKET |
| Taxpayer ID No: | *******2401 | | |
| For Period Ending: | 07/09/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.77 | | 10,331.77 |
| 11/30/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.49 | | 10,340.26 |
| 12/29/06 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.78 | | 10,349.04 |
| 01/31/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.80 | | 10,357.84 |
| 02/28/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 7.95 | | 10,365.79 |
| 03/30/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.80 | | 10,374.59 |
| 04/30/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.53 | | 10,383.12 |
| 05/31/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 8.82 | | 10,391.94 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 87,000.00 | |
| Memo Allocation Disbursements: | 57,864.31 | |
| Memo Allocation Net: | 29,135.69 | |

|  | COLUMN TOTALS | 29,238.72 | 18,846.78 | 10,391.94 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 29,238.72 | 18,846.78 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 29,238.72 | 18,846.78 | |

| | | |
|---|---|---|
| Total Allocation Receipts: | 87,000.00 | |
| Total Allocation Disbursements: | 57,864.31 | |
| Total Memo Allocation Net: | 29,135.69 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******0877 | 29,238.72 | 18,846.78 | 10,391.94 |
| | 29,238.72 | 18,846.78 | 10,391.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 68.94 | 0.00 |
|---|---|---|---|

Ver: 12.10a

LFORM24