UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| GOMEZ, CRECENCIANO ) | CASE NO. 05-62624-MB | |
| ) | | |
| Debtor. ) | Hon. Manuel Barbosa | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **August 23, 2007**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                   $87,094.21

    Disbursements                                              $76,711.09

    Net Cash Available for Distribution                        $10,383.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $7,229.71 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $342,563.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.92% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---:|---:|
| 1 | M&I Bank | $333,018.93 | $3,065.55 |
| 2 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP/Citi | $560.78 | $5.17 |
| 3 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP/Citi | $8983.36 | $82.69 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| Parkway Bank-checking | $0.00 |
| Washington Mutual Bank, FA - Checking | $200.00 |
| Washington Mutual, FA savings | $100.00 |
| Household furnishings | $250.00 |
| Media Equipment | $250.00 |
| CD's, DVD's | $50.00 |
| Clothing | $250.00 |
| Jewelry | $50.00 |
| Alfonso Echebarria | $300,000.00 |
| Joe Flores | $14,000.00 |
| Jose Mirales | $3,000.00 |
| Vincent Garcia | $25,000.00 |
| Counterclaim v. M & I Marshall | $300,000.00 |
| 1993 Ford Crown Victoria | $1,000.00 |
| 1994 Mercury Grand Marquis | $1,000.00 |

Dated: **July 17, 2007**                    For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:       Thomas E. Springer
Address:      400 S. County Farm Road
              Suite 330
              Wheaton, IL  60187
Phone No.:    (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                  Date Rcvd: Jul 17, 2007
Case: 05-62624                    Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Jul 19, 2007.
db         +Crecenciano Gomez,    2150 D Morningside Lane,    Carpentersville, IL 60110-2510
aty        +A Stewart Chapman,    Pierce & Associates,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4331
aty        +Amy A Aronson,    Aronson & Walsh, P.C.,    PO Box 5907,    Vernon Hills, IL 60061-5907
aty        +Colleen G. Thomas,    Thomas Law Office,    30 North Western Avenue,
             Carpentersville, IL 60110-1731
aty        +Steven C Lindberg,    Freedman Anselmo Lindberg and Rappe,    1807 W Diehl Road,   Suite 333,
             Naperville, IL 60563-1890
tr         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
cr         +Washington Mutual Bank,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
10635479    CAPITAL ONE,    PO BOX 85015,    RICHMOND VA 23285-5015
10635480    CBUSASEARS,    13200 SMITH RD,    CLEVELAND OH 44130-7802
10635484   +CBUSASEARS,    PO BOX 6189,    SIOUX FALLS SD 57117-6189
10635486   +CITI CARDS,    PO BOX 182532,    COLUMBUS OH 43218-2532
10635482   +CITI CARDS,    PO BOX 45129,    JACKSONVILLE FL 32232-5129
10635485   +CITI CARDS,    PO BOX 6923,    THE LAKES NV 88901-6923
10635481   +CITI CARDS,    CARD SERVICE CENTER,    PO BOX 6921,    THE LAKES NV 88901-6921
10635491   +CLIENT SERVICES INC,    3451 HARRY TRUMAN BLVD,    ST CHARLES MO 63301-9816
10635487    GREATER ELGIN EMERGENCY SPECIALIST,    PO BOX 88335 DEPT 2045,    CAROL STREAM IL 60188-0335
10398149   +Gomez Crecenciano,    2150 D Morningside Lane,    Carpentersville, IL 60110-2510
10635488   +HARRIS BANK,    BANKRUPTCY DEPARTMENT,    150 W WILSON,    PALATINE IL 60067-5037
10635489   +HARRIS NA,    PO BOX 94034,    PALATINE IL 60094-4034
10635490    JP-MORGAN CHASE BANK NA,    900 STEWART AVE,    GARDEN CITY NY 11530-4855
10729039    LVNV Funding LLC., its successors and assigns, as,    assignee of Resurgent Capital LP/Citi,
             Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10713962   +M&I Bank,    180 North Executive Drive,    Brookfield, WI 53005-6040
10398151   +M&I Marshall Y Ilseley Bank,    Freedman Anselmo Lindberg & Rappe,    1807 W Diehl Road, Suite 333,
             Naperville, IL 60563-1890
10635492   +NORTHERN ILLINOIS GAS,    ATTN BANKRUPTCY & COLLECTIONS,    PO BOX 549,    AURORA IL 60507-0549
10635483    SEARS CREDIT CARDS,    PO BOX 182149,    COLUMBUS OH 43218-2149
10398150   +Thomas Law Office,    30 N Western Avenue,    Carpentersville, IL 60110-1731
10635478    WASHINGTON MUTUAL BANK,    PO BOX 3139,    MILWAUKEE WI 53201-3139

The following entities were served by electronic transmission on Jul 18, 2007.
10729039    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP/Citi,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Thomas E Springer Trustee
r           Jim Leduc
aty*       +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2007**          **Signature:** _Joseph Speetjens_